UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| TAMBI TAYLOR, | : | CIVIL ACTION NO. 10-1476 (MLC) |
| Plaintiff, | : | **O R D E R** |
| v. | : | |
| GLOBAL CREDIT & COLLECTION CORPORATION, | : | |
| Defendant. | : | |

For the reasons stated in the Court's Memorandum Opinion, dated June 11, 2010, **IT IS** on this    11th    day of June, 2010, **ORDERED** that defendant's motion to transfer venue (dkt. entry no. 7) is **GRANTED**; and

**IT IS FURTHER ORDERED** that this action is **TRANSFERRED** to the United States District Court for the District of Maryland; and

**IT IS FURTHER ORDERED** that the Clerk of this Court designate this action as **CLOSED**.

                                    s/ Mary L. Cooper
                                **MARY L. COOPER**
                                United States District Judge